UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEL.: (212)-805-0417
FAX: (212)-805-0426

November 13, 2019

By First Class Mail

Mr. Christopher Walker, DIN 17R2832
Five Points Correctional Facility
6600 State Route 96
Caller Box 119
Romulus, NY 14541

United States v. Christopher Walker
Criminal Action No. 17 CR 171 (LTS)

Dear Mr. Walker:

I have received the letter you sent on November 1, 2019, which requests a calculation of your date of release from federal custody. Unfortunately, I cannot provide you with such information. Your question should instead be directed to the Bureau of Prisons, which is the entity responsible for calculating your sentence. You should direct your inquiry to a designator at the following address:

Designation and Sentence Computation Center (DSCC)
Grand Prairie Office Complex
346 Marine Forces Drive
Grand Prairie, TX 75051

Sincerely,

Laura Taylor Swain