UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                        No. 17-CR-171-LTS

CHRISTOPHER WALKER,

       Defendant.

-------------------------------------------------------x

## Order

In light of the reasons set forth in a sealed <u>ex parte</u> defense application, the Court hereby relieves George Goltzer as counsel for the defendant and appoints Avraham Moskowitz as new CJA counsel.

      SO ORDERED.

Dated: New York, New York
       August 14, 2023

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge